Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  25−17879−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   HORACIO CARRERA
   271 Boulevard
   Passaic, NJ 07055

Social Security No.:
   xxx−xx−3182

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/7/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 7, 2025
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                            Case No. 25-17879-VFP

HORACIO CARRERA                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                               User: admin                                           Page 1 of 2

Date Rcvd: Oct 07, 2025                        Form ID: 148                              Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 520758631 | | Mill City Mortgage Loan Trust, 500 Delaware Ave., 11TH Floor, Delaware, DE 19081 |
| 520809874 | | Mill City Mortgage Loan Trust 2018-3, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 520758632 | + | Republic Equity Services INC, 307 North Michigan Ave, Chicago , IL 60601-5311 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: raycarrera@hotmail.com | Oct 07 2025 20:48:00 | HORACIO CARRERA, 271 Boulevard, Passaic, NJ 07055-3719 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 07 2025 20:48:00 | Mill City Mortgage Loan Trust 2018-3, Wilmington S, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S Suite 300, Iselin, NJ 08830-3072 |
| 520832135 | | EDI: CITICORP | Oct 08 2025 00:34:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520758633 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2025 21:05:28 | Credit One Bank NA, PO BOX 98873, LAS VEGAS , NV 89193-8873 |
| 520791352 | + | EDI: AIS.COM | Oct 08 2025 00:34:00 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520802813 | | EDI: JEFFERSONCAP.COM | Oct 08 2025 00:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520824613 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2025 21:05:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520758636 | + | EDI: SYNC | Oct 08 2025 00:34:00 | SYNCB/LOWES, PO BOX 71746, Wilmington , DE 19176-1746 |
| 520831547 | | EDI: SALLIEMAEBANK.COM | Oct 08 2025 00:34:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 520758635 | + | EDI: SALLIEMAEBANK.COM | Oct 08 2025 00:34:00 | Sallie Mae Bank, PO BOX 3229, Wilmington 19804-0229 |
| 520814076 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Oct 07 2025 20:48:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 520758637 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 08 2025 01:18:03 | WFBNA CARD, PO BOX 393, Minneapolis, MN 55480-0393 |
| 520822406 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |

Oct 08 2025 01:17:41    Wells Fargo Bank, N.A., PO Box 10438, MAC
                        F8235-02F, Des Moines, IA 50306-0438

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 520758634 | | NJ HEAA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2025                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise E. Carlon | |
| | on behalf of Creditor Mill City Mortgage Loan Trust 2018-3  Wilmington Savings Fund Society, FSB, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | |
| | on behalf of Creditor Mill City Mortgage Loan Trust 2018-3  Wilmington Savings Fund Society, FSB, as Trustee laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4